:21 So.2d 273

### Jim CHANEY v. CITY OF BIRMINGHAM.
### 6 Div. 316.

Supreme Court of Alabama.

March 8, 1945.

Wm. Conway, of Birmingham, for petitioner.

Ralph E. Parker, of Birmingham, opposed.

FOSTER, Justice.

Petition of Jim Chaney for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Chaney v. City of Birmingham, 21 So.2d 268.

Writ denied.

GARDNER, C. J., and THOMAS and .STAKELY, JJ., concur.

·21 So.2d 291

### Will ROBERTS v. STATE.
### 4 Div. 367.

Supreme Court of Alabama.

March 8, 1945.

W. L. Lee and Alto V. Lee, III, of Dothan, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Will Roberts for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Roberts v. State, 21 So.2d 289.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.